IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GREG KEY**                                                                                          **PLAINTIFF**

vs.                                            **4:07CV00510-WRW**

**CITY OF LITTLE ROCK,** *et. al.*                                                          **DEFENDANTS**

## ORDER

Plaintiff's unopposed motion for voluntary dismissal (Doc. No. 18) is GRANTED.

Accordingly, this case is DISMISSED. Defendants' Motion for Summary Judgment (Doc. No. 13) is DENIED as MOOT.

IT IS SO ORDERED this 19th day of September, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE